**Entered on Docket**
**April 06, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge** _/09/09_

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for  Secured Creditor WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS
BANK, FSB, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-N-09-50232-gwz |
| JULIETTE NELSON, | Chapter 7 |
| Debtor(s). | WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    March 24, 2009<br>Time:   10:00 a.m. |

A hearing on Secured Creditor Wachovia Mortgage, FSB, fka World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Gregg W. Zive.

/././

1    The court having duly considered the papers and pleadings on file herein and

2  being fully advised thereon and finding cause therefor:

3    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

4    Relief from the automatic stay of 11 United States Code section 362 is hereby

5  granted as it applies to the real property commonly known as 510 Margrave Drive, Reno,

6  Nevada 89502, which is legally described as:

7    SEE    LEGAL    DESCRIPTION    ATTACHED
     HERETO AS EXHIBIT A AND MADE A PART
8    HEREOF.

9

10

11  APPROVED/DISAPPROVED

12  _____

13  STEVE HIXON
    TRUSTEE

14  /././

15  /././

16  /././

17  /././

18  /././

19  /././

20  /././

21  /././

22  /././

23  /././

24  /././

25  /././

26  /././

27  /././

28  /././

1  ALTERNATIVE METHOD re: RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3  ☐    The court has waived the requirement of approval under LR 9021.

4  ☐    No parties appeared or filed written objections, and there is no trustee appointed in the

5  case.

6  ☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

7  any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,

8  and each has approved or disapproved the order, or failed to respond, as indicated below [list

9  each party and whether the party has approved, disapproved, or failed to respond to the

10  document]:

11  ☐    Approved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

12  ☐    Disapproved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

13  ☒    Failed to respond. - Trustee

14                                                                    ###

15  Submitted by:

16  /s/ EDDIE R. JIMENEZ
   4375 Jutland Drive, Suite 200
17  P.O. Box 17933
   San Diego, CA 92177-0933
18  (858) 750-7600
   NV Bar #10376
19  Attorney for WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB
   its successors and/or assigns
20

21

22

23

24

25

26

27

28

APN Number:  015-184-02

Order No.:  2382242

## EXHIBIT "A"

*ALL THAT REAL PROPERTY SITUATE IN THE CITY OF RENO COUNTY OF WASHOE STATE OF NEVADA, BOUNDED AND DESCRIBED AS FOLLOWS:*

*LOT 2, IN BLOCK D, OF SIERRA MEADOWS SUBDIVISION, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON JUNE 10, 1946.*

*BEING THE SAME PARCEL CONVEYED TO JULIETTE NELSON FROM JULIETTE NELSON WHO ACQUIRED TITLE AS JULLIETTE T. KINNEY BY VIRTUE OF A DEED DATED AUGUST 9, 1993 RECORDED AUGUST 11, 1993 IN INSTRUMENT # 1701295 IN DEED BOOK 3814, PAGE 0238 IN WASHOE COUNTY, NEVADA.*

*WITH THE APPURTENANCES THERETO.*